**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

ACME MARKETS, INC. et al.,

               Plaintiffs,

      -against-

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

              Defendant.

------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 4 2020

ORDER

19 Civ. 11323 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 1, 2020 conference is adjourned to June 3, 2020 at 9:30 a.m.

Dated: New York, New York
     March 24, 2020

SO ORDERED.

*George B. Daniel*

GEORGE B. DANIELS
United States District Judge