**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ACME MARKETS, INC. et al.,

                      Plaintiffs,

    -against-

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                      Defendant.

------------------------------------- x

ORDER

19 Civ. 11323 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs' letter motion to adjourn the initial conference scheduled for June 3, 2020 (ECF 12) is GRANTED. The initial conference is adjourned to August 12, 2020 at 9:30 am.

Dated: New York, New York
       May 28, 2020

                                         SO ORDERED.

                                         *George B. Daniels*

                                         GEORGE B. DANIELS
                                         United States District Judge